B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Maine | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bucksport Generation LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Verso Bucksport Power LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**35-2493895** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2 River Road**<br>**Bucksport, ME**<br><br>ZIP Code **04416** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hancock** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br>*See Exhibit D on page 2 of this form.*<br>☐ Individual (includes Joint Debtors)<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Bucksport Generation LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). X _____ Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bucksport Generation LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)
**Robert J. Keach**
Printed Name of Attorney for Debtor(s)
**Bernstein Shur Sawyer & Nelson**
Firm Name
**100 Middle Street**
**P.O. Box 9729**
**Portland, ME 04104-5029**
Address

**207-774-1200  Fax: 207-774-1127**
Telephone Number
11/3/15
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**Kyle E. Nenninger**
Printed Name of Authorized Individual
**Project Manager**
Title of Authorized Individual
11/3/15
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

ACTION IN WRITING UNDER
DELAWARE LIMITED LIABILITY COMPANY ACT
IN LIEU OF SPECIAL MEETING OF THE SOLE MEMBER OF
**BUCKSPORT GENERATION LLC**

WHEREAS, the undersigned constitutes the sole Member of BUCKSPORT GENERATION LLC (the "Company"); and

WHEREAS, the undersigned desired by this writing, filed with the minutes of the proceedings of the Company, to take various actions and to do so in lieu of holding a meeting of the sole Member;

NOW, THEREFORE, the following are hereby adopted as actions taken by the Company:

VOTED:   That the Company be and hereby is authorized and empowered to execute and verify or certify petitions under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Maine or any other appropriate bankruptcy court (the "Bankruptcy Court") at such time as the Company shall determine; and further,

VOTED:   That Jeff McGlin, the Vice President and Secretary of the Company (the "Vice President"), Kyle Nenninger, Project Manager, or David Bryant, Project Manager be and hereby are authorized on behalf of, and in the name of, the Company to execute and file any and all petitions, schedules, motions, lists, applications, pleadings and other papers, to take any and all such other and further actions which the Company or its legal counsel may deem necessary or appropriate to file the voluntary petitions for relief under Chapter 11, and to take and perform any and all further acts and deeds which they deem necessary, proper and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case, including, without limitation, seeking authority to borrow under a pre- or post-petition credit facility, to grant liens and other security therefor, and to file and prosecute a plan of reorganization; and further,

VOTED:   That the Vice President, Mr. Nenninger, Mr. Bryant and/or any officer of the Company be and are hereby authorized and directed to take such actions and to make, sign, execute, acknowledge and deliver (and record in a relevant office of the county clerk, if necessary) any and all such documents listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements or other instruments as may reasonably be required to give effect to these resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof; and further,

VOTED:    That the Company be and hereby is authorized to retain the law firm of Bernstein, Shur, Sawyer & Nelson ("BSSN") as general bankruptcy counsel to the Company in connection with the Chapter 11 cases if the Company determines that the filing of a voluntary petition for relief is proper, and to pay BSSN at its usual and customary hourly rates in connection with its representation of the Company and to provide BSSN with a retainer in an amount to be agreed upon by BSSN and the Company, but in any event in the amount of not less than $200,000 and, further, to reimburse BSSN for any actual expenses incurred in connection with its employment by the Company; and further,

VOTED:    That to the extent that any of the actions authorized by any of the foregoing resolutions have been taken by the Company, such actions are hereby ratified and confirmed in their entirety.

IN WITNESS WHEREOF, the undersigned has subscribed it name as of this ___ day of November, 2015.

**AIM DEVELOPMENT (USA) LLC,**
**Sole Member**

By: _KAMILA WYRPSZO_
Its: _SECRETARY_

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Maine

In re   **Bucksport Generation LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **GE International**<br>**P.O. Box 643449**<br>**Pittsburgh, PA 15264-3449** | GE International<br>P.O. Box 643449<br>Pittsburgh, PA 15264-3449 | **Trade Debt** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **15,058,611.04** |
| **Bangor Natural Gas**<br>**498 Maine Avenue**<br>**Bangor, ME 04401** | Bangor Natural Gas<br>498 Maine Avenue<br>Bangor, ME 04401 | **Trade Debt** | | **90,815.34** |
| **CCB, Inc.**<br>**Five Star Industrial Park**<br>**65 Bradley Drive**<br>**Westbrook, ME 04092** | CCB, Inc.<br>Five Star Industrial Park<br>65 Bradley Drive<br>Westbrook, ME 04092<br>207-464-2626 | **Trade Debt** | | **12,947.36** |
| **A.C. Electric Corporation**<br>**120 Merrow Road**<br>**Auburn, ME 04210** | A.C. Electric Corporation<br>120 Merrow Road<br>Auburn, ME 04210<br>207-945-9487 | **Trade Debt** | | **3,906.97** |
| **Matheson Tri-Gas, Inc.**<br>**1122 Outer Hammond Street**<br>**Bangor, ME 04401** | Matheson Tri-Gas, Inc.<br>1122 Outer Hammond Street<br>Bangor, ME 04401<br>207-942-6393 | **Trade Debt** | | **2,019.55** |
| **Mo' Cleanin'**<br>**92 Turnpike Road**<br>**Searsport, ME 04974** | Mo' Cleanin'<br>92 Turnpike Road<br>Searsport, ME 04974<br>207-322-1027 | **Trade Debt** | | **1,980.44** |
| **Fairpoint Communications**<br>**P.O. Box 11021**<br>**Lewiston, ME 04243-9472** | Fairpoint Communications<br>P.O. Box 11021<br>Lewiston, ME 04243-9472 | **Trade Debt** | | **1,720.17** |
| **St. Joseph Ambulatory Care Inc.**<br>**St. Jospeh Hospital**<br>**360 Broadway**<br>**P.O. Box 403**<br>**Bangor, ME 04402-0403** | St. Joseph Ambulatory Care Inc.<br>St. Jospeh Hospital<br>360 Broadway<br>Bangor, ME 04402-0403 | **Trade Debt** | | **610.00** |
| **Cintas Corporation**<br>**6800 Cintas Blvd**<br>**Cincinnati, OH 45262-5737** | Cintas Corporation<br>6800 Cintas Blvd<br>Cincinnati, OH 45262-5737 | **Trade Debt** | | **20.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Bucksport Generation LLC**                                                    Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the   of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date ___11/2/15_____     Signature _____

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maine

In re    **Bucksport Generation LLC**

Debtor

Case No. _____

Chapter _____ **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| AIM Development (USA) LLC c/o American Iron and Metal 9100 Henri-Bourassa E. Montreal, Quebec H1E 2S4 Canada | | | 100% Membership Interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the   of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date \_\_\_11/2/15_____      Signature _____

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Maine

In re   __Bucksport Generation LLC__

Debtor(s)

Case No. _____

Chapter   __11__   _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __Bucksport Generation LLC__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**AIM Development (USA) LLC
c/o American Iron and Metal
9100 Henri-Bourassa E.
Montreal, Quebec H1E 2S4
Canada**

☐ None [*Check if applicable*]

11-3-15
_____
Date

_Robert J. Keach_
Signature of Attorney or Litigant
Counsel for   **Bucksport Generation LLC**
**Bernstein Shur Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
207-774-1200 Fax:207-774-1127**

# United States Bankruptcy Court
## District of Maine

In re   **Bucksport Generation LLC**

Debtor(s)

Case No.

Chapter    11

## CERTIFICATION OF CREDITOR MATRIX

I hereby certify that the attached matrix, consisting of   18   pages, includes the names and addresses of all creditors listed on the debtor's schedules.

Date:   11 - 3 - 15

Signature of Attorney
Robert J. Keach
Bernstein Shur Sawyer & Nelson
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
207-774-1200   Fax: 207-774-1127

A.C. Electric Corporation
120 Merrow Road
Auburn, ME 04210


Acme Scale Company, Inc.
824 Roosevelt Trail #268
Windham, ME 04062


Advanced Hydraulics, Inc.
P.O. Box 600
Oakland, ME 04963


Advanced Turbine Support #023
3946 SW 89th Dr
Gainesville, FL 32608


AIM Development (USA), LLC
2 River Road
Bucksport, ME 04416


Air Pollution Characterization And Contr
93 Breezemere Road
Brooksville, ME 04617


Airgas Usa, LLC - Danskammer
6055 Rockside Woods Blvd.
Independence, OH 44131


Akeley Technical Services
P.O. Box 424
Hampden, ME 04444-0424


American Industrial Construction, LLC
1 Gully Avenue
Philadelphia, MS 39350

Applied Industrial Technologies, Inc.
One Applied Plaza
Cleveland, OH 44115


Atlantic Analytical Laboratory, LLC
291 Rt. 22 East
Salem Industrial Park, Bldg 4
Whitehouse, NJ 08888


Atlantic Partners Emergency Medical Serv
71 Halifax Street
Winslow, ME 04901


Bangor Lawn & Landscape
2100 Ohio Street
Bangor, ME 04401


Bangor Natural Gas
498 Maine Avenue
Bangor, ME 04401


Big Jay Tree Service
773 River Road
Bucksport, ME 04416


Bouchard, Inc.
106 Kaufman Road
Tiverton, RI 02878


Buckingham Refrigeration
131 Plaisted Road
Jay, ME 04239


Buckman Laboratories, Inc.
1256 North Mclean Blvd.
Memphis, TN 38108

Bucksport Mill LLC
2 River Road
Bucksport, ME 04416


Cams Bluewire Technology LLC
919 Milam St. #2300
Houston, TX 77002


Cams Maine, LLC
919 Milam Street
Suite 2300
Houston, TX 77002


Casella Organics of Maine, Inc.
P.O. Box 1372
Williston, VT 05495-1372


CCB, Inc.
Five Star Industrial Park
65 Bradley Drive
Westbrook, ME 04092


Central Maine Power
P.O. Box 847810
Boston, MA 02284-7810


Central Maine Power Company (Credit)
C/O Credit Protection Assoc
P.O. Box 9037
Addison, TX 75001-9037


Certrec
4150 International Plaza Suite 820
Fort Worth, TX 76109


Chalmers & Kubeck North
24-34 Elise Street
Air Industrial Park
Westfield, MA 01085

Christopher A. Macleod
6 Scotts Ln
Bucksport, ME 04416


Cintas Corporation
6800 Cintas Blvd
Cincinnati, OH 45262-5737


Cintya Bailey
C/O Bucksport Generation, LLC
2 River Road
Bucksport, ME 04416


Cintya Paschoaloti Bailey
40 Mansell Road
Hermon, ME 04401


Clean Harbors Env. Services, Inc.
42 Longwater Drive
P.O. Box 9149
Norwell, MA 02061-9149


CMC Technology Group, Inc.
622 Maine Avenue
Farmingdale, ME 04344


CMMS Data Group, Inc.
123 W. Madison Street
Suite 1100
Chicago, IL 60602


Commercial Divers, Inc.
738 Mount Hope Avenue
Bangor, ME 04401


Con-Way
P.O. Box 5160
Portland, OR 97208-5160

Conney Safety Products
P.O. Box 44575
Madison, WI 53744-4575


Consolidated Asset Management Services
(Texas), LLC
919 Milam Street, Suite 2300
Houston, TX 77002


Consolidated Asset Management Services
(Maine), LLC
919 Milam Street, Suite 2300
Houston, TX 77002


Contec Systems Industrial Corporation
1566 Medical Drive
Suite 310
Pottstown, PA 19464


D&G Machine Products, Inc.
50 Eisenhower Drive
Westbrook, ME 04092


D.L. Thurrott Air Products
17 Powder Hill Road
Lincoln, RI 02865


David Bryant
E1475 Owens Drive
La Valle, WI 53941


David C. Pelletier
P.O. Box 81
Orland, ME 04431


David Harrison
C/O Bucksport Generation
2 River Road
Bucksport, ME 04416

David Harrison
67 Lily Lane
Frankfort, ME 04438


Dead River Company
80 Exchange Street, Suite 300
P.O. Box 1427
Bangor, ME 04402


Dean L. Libby
458 State Route 46
P.O. Box 727
Bucksport, ME 04416


Department Of Environmental Protection
Attn: Nicole Auger
155 State House Station
Augusta, ME 04333-0155


Eagle Rental
3 Industrial Street
Waterville, ME 04901


Emergy A. Deabay
371 Jacob Buck Pond Road
Bucksport, ME 04416


Energy Advisory Partners, LLC
405 Bluegrass Drive
Wheaton, IL 60189-1104


Eugene Callnan
710 River Road
Orrington, ME 04474


Eugene R. Merry
20 Neil Way
Orland, ME 04472

F.W. Webb
200 Middlesex Turnpike
Burlington, MA 01803


Fairpoint Communications
P.O. Box 11021
Lewiston, ME 04243-9472


Fastenal Company
P.O. Box 1286
Winona, MN 55987-1286


FedEx
P.O. Box 371461
Pittsburgh, PA 15250


Feedforward, Inc.
1834 West Oak Parkway
Marietta, GA 30062


Gary W. Grindle
98 Cross Road
Bucksport, ME 04416


GE Energy Services- B/A
12505 Collections Center Drive
Chicago, IL 60693-2505


GE International
P.O. Box 643449
Pittsburgh, PA 15264-3449


GE International, Inc
GE Energy Services
P.O. Box 643449
Pittsburgh, PA 15264-3449

General Alum New England Corporation
34 Kidder Point Road
Searsport, ME 04974


General Electric International, Inc.
P.O. Box 848301
Dallas, TX 75284-8301


GH Berlin Windward
42 Rumsey Road
East Hartford, CT 06108


Graham Corporation
20 Florence Avenue
Batavia, NY 14020


Guay Fire Equipment, Inc.
P.O. Box 69
Bradley, ME 04411


Hach Company
2207 Collections Center Dr
Chicago, IL 60693


Heavy Machines, Inc.
3926 E. Raines Road
Memphis, TN 38118


Horizon Solutions, LLC
175 Josons Drive
Rochester, NY 14623


HPI, LLC
15503 W. Hardy Road
Houston, TX 77060

HR Direct
720 International Parkway
Sunrise, FL 33325


IHS Global Inc.
15 Inverness Way East
Englewood, CO 80112-5710


Industrial Scientific Corp
1 Life Way
Pittsburgh, PA 15205


Industrial Scientific Corp. (Sabine)
1001 Oakdale Road
Oakdale, PA 15071


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


International Brotherhood of Electrical
Workers Local No. 1253
176 Main Street
Fairfield, ME 04937


Interstate Fire Protection
P.O. Box 187
Gardiner, ME 04345


ISO New England
Attn: Debra Smith
One Sullivan Road
Holyoke, MA 01040-2841


ISO New England
Attn: Debra Smith
One Sullivan Road
Holyoke, MA 01040-2841

Jerrad E. Murray
71 Spruce Street
Bucksport, ME 04416


Johnstone Supply
195 Thatcher Street
Bangor, ME 04401


Joseph C. Eremita
23 Willow Way
Brewer, ME 04412


Keith T. Richie
255 Harris Road
Stockton Springs, ME 04981


Kevin Monahan
C/O CAMS JUNIPER LLC
34759 Lencioni Ave.
Bakersfield, CA 93308


Kyle E. Nenninger
405 Bluegrass Road
Wheaton, IL 60189


Linde, LLC
575 Mountain Avenue
Murray Hill, NJ 07974


Linwood A. Hanson
1626 Bald Mountain Road
Orland, ME 04472


Lockton Companies, LLC/Hou
5847 San Felipe, Suite 320
Houston, TX 77057

Maine Environmental Laboratory, LLC
One Main Street
Yarmouth, ME 04096

Maine Paper & Janitorial Products, Inc.
120 Rice Street
Bangor, ME 04401

Maine Revenue Services
P.O. Box 1065
Augusta, ME 04332-1065

Manpower   (Maine)
70 Center Street
Portland, ME 04101

Marie Duplessis
C/O Bucksport Generation
2 River Road
Bucksport, ME 04416

Marie L. Duplessis
325 Hoxie Hill Road
Orrington, ME 04474

Maritimes & Northeast Pipeline, LLC
5400 Westheimer Ct.
Houston, TX 77056-5310

Marston Industrial Services, Inc.
109 Ridge Road
Fairfield, ME 04937

Matheson Tri-Gas, Inc.
1122 Outer Hammond Street
Bangor, ME 04401

Mechanical Services, Inc.
400 Presumpscot Street
Portland, ME 04103


Meriden Cooper Corp
112 Golden Street
Medriden, CT 06450


Michael Kettell
154 Williams Pond Road
Bucksport, ME 04416


Millennium Power Services, Inc.
80 Mainline Drive
Westfield, MA 01085


Mo' Cleanin'
92 Turnpike Road
Searsport, ME 04974


Modern Pest Services, Inc.
100 Pleasant Street
Brunswick, ME 04011


N. H. Bragg & Sons
92 Perry Road
Bangor, ME 04401


New England Controls, Inc.
9 Oxford Road
Mansfield, MA 02048


New England Power Pool
c/o Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212

Nooter/Eriksen, Inc.
1509 Ocello Drive
Fenton, MO 63026


Northeast Laboratory Services, Inc.
227 China Road
Winslow, ME 04901


Northeastern Scaffolding Services
439 Madawaska Avenue
Pittsfield, ME 04967


Noyes Locksmithing
195 Woodland Avenue
Old Town, ME 04468


Oak Grove Spring Water, Inc.
480 N. Main Street
Brewer, ME 04412


Office of U.S. Attorney
202 Harlow Street
Room 111
Bangor, ME 04401


Osborne's Plumbing & Heating, Inc.
15 Heritage Park Road
Bucksport, ME 04416


Peninsula Electric And A/C
522 Front Ridge Road
Penobscot, ME 04476


Pine State Elevator Company
230 Anderson Street
Portland, ME 04101

Power Specialists Assoc., Inc.
531 Main Street
Somers, CT 06071


PRC Industrial Supply
21 West Commercial Street
Portland, ME 04101


Premier Ims, Inc.
11101 Ella Blvd.
Suite 100
Houston, TX 77067


Preti, Flaherty, Beliveau & Pachios LLP
P.O. Box 9546
Portland, ME 04112-9546


Proton On-Site
10 Technology Drive
Wellingford, CT 06492


PSC Industrial Outsourcing Lp
5151 San Felipe
Suite 110
Houston, TX 77056


Radcor, LLC
345 Laurelwood Drive
Salem, CT 06420


Radiation Safety & Control Sevices, Inc.
91 Portsmouth Avenue
Stratham, NH 03885


Results Engineering, Inc.
431 Main Street
Saco, ME 04072

Richard E. Lizotte
21 Bald Hill Reach Road
Orrington, ME 04474


Ricky A. Sawyer
402 Center Drive
Orrington, ME 04474


Ricky H. Giroux
210 Hatch Road
Prospect, ME 04981


Sanford A. Hatt
28 Wildwood Drvie
Holden, ME 04429


SGC Engineering
501 County Road
Westbrook, ME 04092


Signal Hill Consulting Group
110 Merchants Row
Rutland, VT 05701


SPX Heat Transfer, LLC
Corporate Headquarters
2121 North 161st East Ave
Tulsa, OK 74116-4834


St. Joseph Ambulatory Care Inc.
St. Jospeh Hospital
360 Broadway
P.O. Box 403
Bangor, ME 04402-0403


State Treasurer
Maine Revenue Services
P.O. Box 1065
Augusta, ME 04332-1065

Steelworkers Health & Welfare Fund
60 Blvd of the Allies
Fifth Floor
Pittsburgh, PA 15222


Suburban Propane
Po Box 12027
Fresno, CA 93776


Tenaska Power Services
14302 FNB Parkway
Omaha, NE 68154-5212


Texas Refinery Corp
840 North Main Street
Fort Worth, TX 76164


TGP Enterprises, Inc.
P.O. Box 303
Carmel, ME 04419


Time Warner Cable
P.O. Box 70872
Charlotte, NC 28272-0872


Timothy J. Bunker
654 Millvale Road
Bucksport, ME 04416


Trask-Decrow Machinery, Inc.
52 Us Route 1
Scarborough, ME 04074


United Steel Paper & Forestry Rubber
Manufacturing Energy, Allied Industrial
& Service Worker's International Union
5 Gateway Center
Pittsburgh, PA 15222

UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001


UPS
Box 371232 M
Pittsburgh, PA 15250-7232


Utility Services Inc.
1080 Waterbury-Stowe Road
Suite 2
Waterbury, VT 05676


Verizon Wireless (Bucksport)
P.O. Box 15062
Albany, NY 12212-5062


Verso Corporation
6775 Lenox Center Court
Suite 400
Memphis, TN 38115


Walter T. Hickson
31 Salisbury Ridge
Orrington, ME 04474


Wardwell Construction & Trucking Corp
P.O. Box 198
Orland, ME 04472


Wesco Distribution, Inc.
Branch 7610 Location
80 Farm Road
Bangor, ME 04402


Wesley B. Shute
1224 Cape Jellison Road
Stockton Springs, ME 04981

Whitten's 2-Way Service, Inc.
155 Robertson Blvd.
Brewer, ME 04412


Wilkem Scientific Limited
248 Pine Street
Pawtucket, RI 02862


Zampell Refractories, Inc.
3 Stanley Tucker Drive
Newburyport, MA 01950